UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FOSTER LOGGING, INC. and )
AMERICAN GUARANTEE & )
LIABILITY INSURANCE )
COMPANY, as subrogee of FOSTER )
LOGGING, INC., )
)
    Plaintiffs, ) Case No. 4:18-CV-00058
)
v. )
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

## ORDER

Before the Court is the United States' motion to stay discovery during the pendency of its motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1). The government's motion indicates that plaintiffs do not oppose such relief. It is therefore **ORDERED** that discovery in this matter is **STAYED** until further order of this Court.

Dated: June 6, 2018

G.R. Smith, Magistrate Judge
United States District Court for the
Southern District of Georgia