IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FOSTER LOGGING, INC., <br> AMERICAN GUARANTEE & LIABIITY <br> INSURANCE COMPANY, as subrogee <br> Of Foster Logging, Inc. <br><br> Plaintiffs-Appellants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-Appellee. | Case No. CV418-58 |

ORDER

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED,** this 22ND day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA